Jordan T. Smith, Esq., Bar No. 12097
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorneys for Defendants Joseph W. Turgeon,
Kurt A. Gustafson, Francois Lebel, William L. Ashton,
Nora E. Brennan, Seth H.Z. Fischer, Juhyan Lim,
Thomas J. Riga, Jeffrey L. Vacirca, Dolatrai M. Vyas,
Bernice R. Welles, and for Nominal Defendant
Spectrum Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MEHMET ALI ALBAYRAK, Derivatively on Behalf of SPECTRUM PHARMACEUTICALS INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH W. TURGEON, KURT A. GUSTAFSON, FRANCOIS LEBEL, WILLIAM L. ASHTON, NORA E. BRENNAN, SETH H.Z. FISCHER, JUHYUN LIM, THOMAS J. RIGA, JEFFREY L. VACIRCA, DOLATRAI M. VYAS, and BERNICE R. WELLES,<br><br>Defendants,<br><br>and<br><br>SPECTRUM PHARMACEUTICALS INC.,<br><br>Nominal Defendant. | CASE NO. 2:22-CV-00932-JCM-DJA<br><br>**STIPULATION AND ORDER GRANTING DISMISSAL OF PLAINTIFF'S VERIFIED DERIVATIVE COMPLAINT** |

Plaintiff Mehmet Ali Albayrak, ("Plaintiff") derivatively and on behalf of nominal defendant Spectrum Pharmaceuticals Inc. ("Spectrum" or the "Company"), and defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Juhyan Lim, Jeffrey L. Vacirca, Dolatrai M. Vyas, and Bernice R. Welles ("Defendants" and together with the Plaintiff and Spectrum, the "Parties") jointly submit this Stipulation ("Stipulation"), and in support thereof state as follows:

1     **WHEREAS**, on June 9, 2022, Plaintiff filed the above-captioned action purportedly in the right, and for the benefit, of Spectrum against Defendants (the "Action");

    **WHEREAS**, on or about July 31, 2023, Spectrum completed a merger transaction that resulted in Plaintiff no longer being a stockholder of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

    **WHEREAS**, the Parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiff or its attorneys in the Action and no promise to give any such compensation has been made;

    **IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto that pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), this Action is dismissed.  Further, all parties will bear their own costs.

| | |
|---|---|
| MATTHEW L. SHARP, LTD | PISANELLI BICE PLLC |
| By:   */s/ Matthew L. Sharp*<br>      Matthew L. Sharp, Esq.<br>      432 Ridge Street<br>      Reno, Nevada 89501 | By:   */s/ Jordan T. Snith*<br>      Jordan T. Smith, Esq., #12097<br>      400 South 7th Street, Suite 300<br>      Las Vegas, Nevada 89101 |
| GAINEY McKENNA & EGLESTON<br>Gregory M. Egleston, Esq.<br>Thomas J. McKenna, Esq.<br>260 Madison Avenue, 22nd Floor<br>New York, New York 10016<br><br>*Attorneys for Plaintiff* | *Attorneys for Defendants Joseph W. Turgeon, Kurt A. Gustafson, Francois Lebel, William L. Ashton, Nora E. Brennan, Seth H.Z. Fischer, Juhyan Lim, Thomas J. Riga, Jeffrey L. Vacirca, Dolatrai M. Vyas, and Bernice R. Welles, and for Nominal Defendant Spectrum Pharmaceuticals Inc.* |

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  October 30, 2024

CASE NO. 2:22-CV-00932-JCM-DJA